# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: dbas | Date Created: 6/8/2020 |
| Case: 19–21963–GLT | Form ID: 309 | Total: 30 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Corey J. Sacca | csacca@bononilaw.com |
| aty | Lauren Berschler Karl | lkarl@rascrane.com |
| aty | Sindi Mncina | smncina@rascrane.com |
| aty | William E. Craig | ecfmail@mortoncraig.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Emma Jane Epstein | 319 Dolomite Ct.        Latrobe, PA 15650 |
| cr | PRA Receivables Management, LLC         PO Box 41021        Norfolk, VA 23541 |
| cr | Wilmington Savings Fund Society        Robertson, Anschutz & Schneid, P.L.        6409 Congress Ave., Suite 100        Boca Raton, FL 33487 |
| cr | PRA Receivables Management LLC        POB 41067        Norfolk, VA 23541 |
| cr | Credit Acceptance Corporation        25505 W. 12 Mile Road, Ste 3000        Southfield, MI 48034 |
| 15052063 | Capital One        Attn: Bankruptcy        Po Box 30285        Salt Lake City, UT 84130 |
| 15060237 | Capital One Bank (USA), N.A.        by American InfoSource as agent        PO Box 71083        Charlotte, NC 28272–1083 |
| 15188234 | Celink        3900 Capital City Blvd.        Lansing, MI 48906 |
| 15052064 | Credit Acceptance        25505 West 12 Mile Rd        Suite 3000        Southfield, MI 48034 |
| 15052065 | Diversified Consultants, Inc.        Attn: Bankruptcy        Po Box 679543        Dallas, TX 75267 |
| 15052066 | F N B Cons Disc Co        6291 State Route 30        Greensburg, PA 15601 |
| 15052067 | Mariner Finance        Attn: Bankruptcy Department        8211 Town Center Dr.        Baltimore, MD 21236 |
| 15052068 | Nicole Schulte        319 Dolomite Court        Latrobe, PA 15650 |
| 15064593 | ONEMAIN        P.O. BOX 3251        EVANSVILLE, IN 47731–3251 |
| 15052069 | OneMain Financial        Attn: Bankruptcy        601 Nw 2nd Street        Evansville, IN 47708 |
| 15093682 | Portfolio Recovery Associates, LLC        PO Box 41067        Norfolk, VA 23541 |
| 15108713 | Regency Finance Company        8211 Town Center Dr.        Nottingham, MD 21236 |
| 15052070 | Regional Acceptance Co        Attn: Bankruptcy        Po Box 1487        Wilson, NC 27858 |
| 15055813 | Regional Acceptance Corporation        PO Box 1847        Wilson, NC 27894–1847 |
| 15052071 | Reverse Mortgage Solutions, Inc.        5010 Linbar Drive, Suite 100        Latrobe, PA 15650 |
| 15052529 | Synchrony Bank        c/o of PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541 |
| 15081459 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O        Reverse Mortgage Solutions, Inc.        14405 Walters Road, Suite 200        Houston TX 77014 |
| 15052072 | Westmoreland County Tax Claim Bureau        2 North Main Street        Suite 406        Greensburg, PA 15601 |
| 15066956 | Westmoreland County Tax Claim Bureau        40 N. Pennsylvania Ave., Ste. 109        Greensburg, PA 15601 |

TOTAL: 24